# EXHIBIT   A

# STATE COURT PLEADINGS
#  NO. 2009-16376
# 22ND JUDICIAL DISTRICT
# DENNIS V. STATE FARM

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST TAMMANY

STATE OF LOUISIANA

No. _2009-1376_                                          DIVISION "B"

PATRICK DENNIS AND KATHLEEN DENNIS

-VERSUS-

STATE FARM FIRE AND CASUALTY COMPANY

FILED: _10/29/09_                              _Cynthia W Megan_
                                                      DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs PATRICK AND

KATHLEEN DENNIS, who, for their Petition for Damages respectfully state as follows:

1.

Plaintiffs Patrick and Kathleen Dennis are persons of full age and majority and owners of

a residence in St. Tammany Parish located at 517 Snead Court, Slidell, Louisiana.

2.

Defendant State Farm Fire and Casualty Company is an insurance company authorized to

do business in the State of Louisiana.

3.

Venue is proper in this Court pursuant to articles 74, 76 and 76.1 of the Louisiana Code of

Civil Procedure.

4.

Plaintiffs purchased a homeowners insurance policy from Defendant, providing coverage

for, among other things, their dwelling, contents and loss of use of the property.

5.

The policy issued to Plaintiffs by Defendant provides coverage for the dwelling in the

amount of $395,900, with a dwelling extension of $39,590; for contents in the amount of $296,925

and for loss of use in the amount of the actual loss sustained.

6.

In the Spring of 2009, Plaintiffs discovered that their home was constructed using Chinese

manufactured drywall, which caused and continues to cause physical loss and damage to Plaintiffs'

NOV – 3 2009

FAX FILED
10/26/09

home and contents. The Chinese drywall emits odorous gases that cause corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items and causes personal injury to Plaintiffs and their family.

7.

Plaintiffs' policy issued by Defendant is an all-risk policy, providing coverage for all risks of direct physical loss or damage to the home, contents and other permanent structures unless an exclusion applies.

8.

On June 26, 2009, Plaintiffs, through undersigned counsel, provided notice of Plaintiffs' claim relating to the presence of Chinese drywall in Plaintiffs' home to Defendant through Plaintiffs' insurance agent Larry J. Talamo of State Farm Insurance Company

9.

Plaintiffs further provided notice of their intent to perform interim remediation repairs by having the Chinese drywall and any other damaged or destroyed components removed.

10.

On or about September 25, 2009, Defendant's adjuster and Defendant's engineer inspected Plaintiffs' home, met with Plaintiff Kathleen Dennis and took photographs of the damage to Plaintiffs' home.

11.

On September 28, 2009, Defendant notified Plaintiffs that it was denying coverage for Plaintiffs' damage caused by the Chinese drywall.

12.

Plaintiffs have complied with all of their obligations under the policy.

13.

A valid contract of insurance exists between Plaintiffs and Defendant providing coverage for the loss and damage caused by the Chinese drywall.

14.

Plaintiffs have paid all premiums due under their policy of insurance with Defendant and have materially performed their obligations under the policy.

15.

The damage and loss sustained by Plaintiffs was caused by the presence of Chinese

drywall in Plaintiffs' home; yet, Defendant has failed to meet its obligations under the policy of

insurance and has failed and/or refused to cover the loss sustained by Plaintiffs.

16.

Defendant has breached its policy by unjustifiably denying Plaintiffs' claim for covered

damages.

17.

As a direct and proximate result of the breach by Defendant, Plaintiffs were deprived of

the benefit of insurance coverage for which Defendant was paid substantial premiums, and,

accordingly, Plaintiffs have suffered and will suffer substantial economic damage, particularly

associated with their remediation efforts.

18.

Defendant breached its duty of good faith and fair dealing that it owes to Plaintiffs in

denying Plaintiffs' claim.

19.

Defendant misrepresented the policy provisions, including the exclusions, in denying

Plaintiffs' claim under the policy.

20.

Defendant violated La. R.S. 22:1973 and La. R.S. 22:1892 by failing to properly adjust

and pay Plaintiffs' claim.

21.

Plaintiffs demand a trial by jury.


WHEREFORE, Plaintiffs PATRICK and KATHLEEN DENNIS respectfully pray that

their Petition for Damages be deemed good and sufficient, and that Defendant STATE FARM

FIRE AND CASUALTY COMPANY be duly served and cited with a copy of this Petition for

Damages and that it be made to appear and answer same within the delays allowed by law, and

that after all due and legal proceedings are had herein, for the reasons set forth herein, that there

be judgment entered in favor of Plaintiffs PATRICK and KATHLEEN DENNIS and against

SCANNED -3-

NOV - 3 2009

Defendant in an amount that is reasonable under the premises, and together with all costs of these proceedings, for penalties and attorney fees, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

DATED: October 26, 2009                              Respectfully submitted,

                                                     By: _____
                                                     KANNER & WHITELEY, L.L.C.
                                                     Allan Kanner – (La. #20580)
                                                     a.kanner@kanner-law.com
                                                     Cynthia St. Amant – (La. #24439)
                                                     c.stamant@kanner-law.com
                                                     Melissa M. Fuselier – (La. #31163)
                                                     m.fuselier@kanner-law.com
                                                     701 Camp Street
                                                     New Orleans, LA 70130
                                                     Telephone: (504) 524-5777
                                                     Facsimile:  (504) 524-5763

**PLEASE SERVE**:

STATE FARM FIRE AND CASUALTY COMPANY
Through its registered agent
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

SCANNED
NOV – 3 2009

Nov. 12. 2009 9:10AM    TE FARM INSURANCE 4 PM    PAGE    08    FNo. 3585 P. 3
11/10/2009 11:20 FAX  18007264088         LA ICC                        FIRE_CIOS          002/007

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922 0415

11/09/09

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
KEVIN BARRAS
2370 TOWNE CENTER BLVD.
BATON ROUGE, LA 70806

SUIT NO: 200916376
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY

PATRICK DENNIS, ET AL.
VS
STATE FARM FIRE AND CASUALTY COMPANY

LEGAL DOCUMENT ROUTING

UNIT: B1

OFFICE: Fire Shn

REP: D Andras

18 A296 948

INSURANCE COMPANIES

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding. If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE                 Date:  11/06/09 At  3:00 PM
Served by: J. BROWN                     Title: DEPUTY SHERIFF

| Received | Number | Date | Paid By | Amount |
|---|---|---|---|---|
| CHECK/M.O. | 108236 | 11/03/09 | COC ST. TAMMANY | 25.00 |

MJS

RECEIVED BY

NOV  0 2009

BATON ROUGE

# NO. 737588

SERVE

PATRICK DENNIS AND

KATHLEEN DENNIS

Versus

STATE FARM FIRE AND CASUALTY

COMPANY

No.    2009-16376 B

## 22nd Judicial District Court
## Parish of St. Tammany

## Louisiana

SERVED ON
JAY DARDENNE

NOV 06 2009

SECRETARY OF STATE
COMMERCIAL DIVISION

TO THE DEFENDANT    STATE FARM FIRE AND CASUALTY COMPANY through its registered agent

LOUISIANA SECRETARY OF STATE, 8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    29TH    day of    OCTOBER    A.D. 20   09

*Malise Prieto*, CLERK OF COURT

A TRUE COPY

BY:    S/Cynthia W. Meyers

DEPUTY CLERK 22ND JUD. DIST. COURT
ST. TAMMANY PARISH, LA

ISSUED:11/2/09

Attorney    ALLAN KANNER    P01

701 CAMP STREET

NEW ORLEANS, LA 70130

Received on _____ , 20 ____ , and on the _____ day of _____ , 20 ____ ,

I served a true copy of the within _____

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

_____
Deputy Sheriff

Parish of _____

K-101

101-15